## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA ALLARD and KELLY STRACHE**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SCI Direct, Inc. d/b/a Neptune Society**<br><br>Defendant. | Civil Case No.: 17-cv-4692 |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT.

Plaintiffs Linda Allard and Kelly Strache, for the reasons set forth in the accompanying memorandum and attached exhibits, hereby move this Honorable Court for an Order preliminary approving the proposed class action settlement; conditionally certifying the proposed Classes; appointing Plaintiffs' attorney Jeremy M. Glapion of Glapion Law Firm as Class Counsel; approving the proposed Notice and Claims program; directing that Notice be provided pursuant to the terms of the Settlement Agreement; establishing procedures for members to object to the Settlement or exclude themselves; setting the deadline for objections or exclusions at 45 days after the Notice deadline; stay all proceedings except those relating to effectuating the Settlement; scheduling a final approval hearing, no earlier than 135 days after preliminary approval; and setting any other dates and deadlines deemed necessary, include deadlines for Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

| | |
|---|---|
| Date: September 29, 2017 | */s/ Jeremy M. Glapion*_____ <br> Jeremy M. Glapion <br> **THE GLAPION LAW FIRM, LLC** <br> 1704 Maxwell Drive <br> Wall, New Jersey 07719 <br> Tel: 732.455.9737 <br> Fax: 732.709.5150 <br> jmg@glapionlaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2017, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

Date: September 29, 2017            */s/ Jeremy M. Glapion*_____
                                                            Jeremy M. Glapion
                                                            **THE GLAPION LAW FIRM, LLC**
                                                            1704 Maxwell Drive
                                                            Wall, New Jersey 07719
                                                            Tel: 732.455.9737
                                                            Fax: 732.709.5150
                                                            jmg@glapionlaw.com