# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA ALLARD and KELLY STRACHE**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**SCI Direct, Inc. d/b/a Neptune Society**<br><br>　　　　　　　　　Defendant. | Civil Case No.: 17-cv-4692<br><br>**District Judge: Hon. John Z. Lee** |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on March 14, 2018 at 2:00 p.m., or as soon thereafter as the Court may so order, Plaintiffs Linda Allard and Kelly Strache, through their counsel Jeremy M. Glapion, will appear in Courtroom 1225 at the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, to request an Order granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Service awards. In support thereof, Plaintiffs rely upon the Memorandum in Support, the accompanying declaration, and the record in this matter.

Date: December 6, 2017

　　　　　　　　　　　　　　　　　　*/s/ Jeremy M. Glapion*_____
　　　　　　　　　　　　　　　　　　Jeremy M. Glapion
　　　　　　　　　　　　　　　　　　**THE GLAPION LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　1704 Maxwell Drive
　　　　　　　　　　　　　　　　　　Wall, New Jersey 07719
　　　　　　　　　　　　　　　　　　Tel: 732.455.9737
　　　　　　　　　　　　　　　　　　Fax: 732.709.5150
　　　　　　　　　　　　　　　　　　jmg@glapionlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 6, 2017, I filed the foregoing Notice of Presentment through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

Date: December 6, 2017          */s/ Jeremy M. Glapion*_____
                     Jeremy M. Glapion
                     **THE GLAPION LAW FIRM, LLC**
                     1704 Maxwell Drive
                     Wall, New Jersey 07719
                     Tel: 732.455.9737
                     Fax: 732.709.5150
                     jmg@glapionlaw.com