_VERY MISLEADING._     NO SPACE FOR NAME.     _M_

**Strache v. SCI Direct, Inc. d/b/a Neptune Society Settlement Claim Form**
Your Contact Information. Provide your name, address, telephone number and email here:

**Change of Address Only.** ←

**?**

Street Address

City        State    Zip Code

Email:

Area code     Telephone number (home)

**Class Membership (Fill in the circles for all that apply).**
✓ Since October 16, 2013, I received a prerecorded or artificial voice call from SCI Direct, Inc. d/b/a Neptune Society (or from someone acting on its behalf).
✓ Since May 27, 2012, I received two or more telephone calls in a 12-month period that were placed by SCI Direct, Inc. (or placed on its behalf).

**Sign the Claim Form.** I declare under penalty of perjury that I am a Settlement Class Member and the foregoing information is true and correct to the best of my recollection, knowledge, and belief. By submitting this Claim Form, I understand I am releasing the legal claims described in the Stipulation of Class Action Settlement.

_Signature_             November 21, 2017
                                       Date
Mail your completed and signed Claim Form postmarked by February 13, 2018

Claim ID: 10054696

**17cv04692**
**Judge Lee**
**Magistrate Judge Cole**

TO THE JUDGE:

THIS CARD IS VERY MISLEADING:

TO WIT:

1) SAYS 'CHANGE OF ADDRESS ONLY'

2) NO SPACE FOR NAME

3) SAYS TO MAIL 'COMPLETED CARD'

LOOKS LIKE THEY WOULD BE ABLE TO
DISCARD ENTRIES —
UNFAIR! CONFUSING!
BUT ATTORNEYS GET THEIR $5 MILLION.
WRONG!

**FILED**
DEC 07 2017 KD
THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT**

Graf + Hoke
1146 Pitt Avenue
Bremerton, WA 98310