**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LINDA ALLARD and KELLY STRACHE**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**SCI Direct, Inc. d/b/a Neptune Society**<br><br>    Defendant. | Civil Case No.: 17-cv-4692 |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

  Plaintiffs Linda Allard and Kelly Strache, for the reasons set forth in the accompanying memorandum and attached exhibits, hereby move this Honorable Court for an Order finally approving the proposed Settlement; finally certifying the proposed Classes for settlement purposes; finally approving a service award of $10,000 to Plaintiff Allard and $7,000 to Plaintiff Strache; granting Class Counsel's request for $4,917,979.45 in costs and fees; and directing the Parties to implement the Settlement according to its terms, including disbursements to eligible Class Members.

Date: February 28, 2018

                */s/ Jeremy M. Glapion*_____
                Jeremy M. Glapion
                **THE GLAPION LAW FIRM, LLC**
                1704 Maxwell Drive
                Wall, New Jersey 07719
                Tel: 732.455.9737
                Fax: 732.709.5150
                jmg@glapionlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2018, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

| | |
|---|---|
| Date: February 28, 2018 | */s/ Jeremy M. Glapion*_____ <br> Jeremy M. Glapion <br> **THE GLAPION LAW FIRM, LLC** <br> 1704 Maxwell Drive <br> Wall, New Jersey 07719 <br> Tel: 732.455.9737 <br> Fax: 732.709.5150 <br> jmg@glapionlaw.com |