## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

_____

LINDA ALLARD and KELLY STRACHE,
individually and on behalf of others
similarly situated,

             Plaintiffs,

    v.

SCI Direct, Inc. d/b/a Neptune Society

            Defendant.

_____

Case Nos.: 1:17-CV-4692

## DECLARATION OF H. JACOB HACK ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE

I, H. Jacob Hack, declare:

1.      I am employed as a project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the project manager, I oversee all aspects of the administrative services provided. I submit this declaration regarding the *Strache et al. v. SCI Direct, Inc.*, Notice Program.

2.      On October 19, 2017, in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC mailed via United States Postal Service Priority Mail a cover letter to the U.S. Attorneys General and the Attorney Generals for all 50 states, along with a CD-ROM containing the following documents: 1) Notice of Removal; 2) First Amended Class Action Complaint; 3) Notification of Docket Entry (re granting Preliminary Approval); 4) Plaintiffs' Unopposed Motion for Preliminary Approval; 5) Plaintiffs' Memorandum in Support of Motion for Preliminary Approval; 6) Declaration of Jeremy M.

Glapion in Support of Plaintiffs' Motion for Preliminary Approval; 7) Draft long form notice; 8) Draft email notice; 9) Draft postcard notice; 10) Draft claim form; 11) Stipulation of Class Action Settlement; 12) Order of Dismissal Without Prejudice (USDC M.D. Tenn., 16-cv-01033). Copies of the cover letter and the mailing list for the CAFA notice are attached hereto as Exhibit A.

3.     On October 20, 2017, counsel for Defendant SCI Direct, Inc. provided KCC a zip file that contained the names, mailing addresses, and email addresses of 821,351 Settlement Class Members.  KCC reviewed the data and processed the names and addresses through the United States Postal Service ("USPS") National Change of Address database.  KCC identified and removed 10,074 records with no valid physical address and no email address and 10,306 duplicate records. There remained a total of 800,971 records with either an email address or a postal address that could be sent notice.

4.     KCC identified 480,637 records which contained only a valid physical address. KCC performed an email append search on the 480,637 records and found 246,927 email addresses.

5.     On November 15, 2017, KCC established a website for this settlement at www.SCIDirectSettlement.com. On the website, visitors can view answers to frequently asked questions, download important case documents including the settlement agreement, preliminary approval order, notice, claim form, and operative complaint. Visitors could also submit claims online.

6.     On November 15, 2017, KCC established a toll free telephone number that Class Members could call and listen to answers to Frequently Asked Questions, submit a Claim Form, request a Claim Form be sent to them, or speak to a live operator for more information.

7.      On November 15, 2017, KCC mailed the Double Postcard Claim Form to 702,064 Class Members whose physical address was available and emailed Notice to 560,018 Class Members whose email address was available.  Each of the 800,971 Class Members was sent at least one form of Notice, or both. A true and correct copy of the Email Notice and Double Postcard Claim Form are attached as Exhibit B and C, respectively.

8.      The Long-form notice and a claim form could also be accessed on or downloaded from the website. These are attached as Exhibits D and E, respectively.

9.      To date, KCC has received a total of 8,279 Double Postcard Claim Forms returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses.

10.     To date, KCC has received a total of 65,130 Double Postcard Claim Form returned by the U.S. Postal Service without forwarding address information.  KCC ran a search for an updated address for Class Members whose Double Postcard Claim Form was returned as undeliverable, and updated and re-mailed the Double Postcard Claim Form to 39,337 Class Members.

11.     On December 22, 2017, KCC mailed a supplemental postcard to 313,881 Class Members and a clarifying email to 336,359 Class Members. The difference between the number of Class Members sent the supplemental notice and the number sent the original notice is due to not sending the supplemental notice to those whose original notice was returned undeliverable and no address could be found, to those who had already filed claims, or to those who had been sent a corrected post-card as their original notice. The supplemental

notice documents are attached as Exhibits F, G, and H. The cost of the supplemental mailing was $97,560.29.

12.     The deadline to submit a request for exclusion ("opt-out") was January 12, 2018. To date, KCC has received 39 timely opt-outs and 3 late opt-outs.

13.     The list of exclusions is attached hereto as Exhibit I.

14.     The deadline to submit an objection to the settlement was January 12, 2018. To date, KCC has received no objections.

15.     The deadline to submit a Claim Form was February 13, 2018. To date, KCC has received 26,675 claims submitted online, 60,916 paper claims, and 4,172 claims via the IVR line. Approximately 11.4% of the class submitted claim forms.

16.     Through January 31, 2018, KCC has incurred $661,638.49 in costs administering the settlement, excluding the supplemental mailing cost. KCC estimates the cost to complete the administration of the settlement will be between $309,652.32 and $356,252.32.

17.     This estimate is higher than the original estimate because the claims rate is nearly double the claims rate originally assumed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 28th day of February, 2018, at Louisville, Kentucky.

H. Jacob Hack

# EXHIBIT A



3301 Kerner Boulevard     415.798.5900    PHONE
San Rafael, CA 94901      415.892.7354    FAX
                          kccllc.com

MAIL DATE

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      KCC Class Action Services, LLC has been retained as the independent third-party Administrator in a putative class action lawsuit entitled *Kelly Strache and Linda Allard, on behalf of themselves and all others similarly situated, v. SCI Direct, Inc. d/b/a Neptune Society*, Case No. 1:17-cv-04692. K&L GATES LLP represents SCI Direct, Inc. d/b/a Neptune Society ("SCI") in that matter. The lawsuit is pending before the Honorable John Z. Lee in the United States District Court for the Northern District of Illinois. This letter is to advise you that Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on September 29, 2017.

| | |
|---|---|
| **Case Name:** | *Strache, et al., v. SCI Direct, Inc. d/b/a Neptune Society* |
| **Case Number:** | 1:17-cv-04692 |
| **Jurisdiction:** | United States District Court, Northern District of Illinois |
| **Date Settlement Filed with Court:** | September 29, 2017 |

      SCI denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:



«First» «Last»
Mail Date
Page 2

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Notice of Removal* (with accompanying Exhibit A) and *First Amended Class Action Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Pursuant to the Court's *Notification of Docket Entry* issued October 11, 2017 [granting preliminary approval of class action settlement], the Court has scheduled a final approval hearing for March 14, 2018 at 2:00 p.m. Copies of the *Notification of Docket Entry, Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum,* and *Declaration of Jeremy M. Glapion In Support of Plaintiffs' Unopposed Motion for Preliminary Approval* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Email Notice, Postcard Notice,* and *Claim Form* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Stipulation of Class Action Settlement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of Mail Date, no other settlement or agreement has been entered into by the parties to this Action, either directly or by and through their respective counsels. On September 27, 2017, an *Order of Dismissal Without Prejudice* was filed in the United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3:16-cv-01033 (*Linda Allard, on behalf of herself and all others similarly situated, v. SCI Direct, Inc. d/b/a Neptune Society*). A copy of the *Order* is included on the enclosed CD.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment**: No Final Judgment has been reached as of Mail Date, nor have any Notices of Dismissal been granted at this time.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While SCI is engaged in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 593,000 individuals in the class.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at



«First» «Last»
Mail Date
Page 3

this time.   As of Mail Date, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact KCC at either (415) 798-5969 or jchernila@kccllc.com immediately so SCI can address any concerns or questions you may have.

Thank you.

Sincerely,



/s/
Daniel Burke
Executive Vice President

Enclosure – CD

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrisopher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | T.J. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Wylie II | Joseph Clark | K&L Gates LLP | 70 West Madison | Suite 3100 | Chicago | IL | 60602 |
| Glapion | Jeremy | Glapion Law Firm | 1704 Maxwell Drive | | Wall | NJ | 07719 |

# EXHIBIT B

If you received calls from Neptune Society, you could get a payment from a class action settlement.

A settlement has been reached with SCI Direct, Inc. doing business as Neptune Society ("SCI Direct" or "Defendant") in a class action lawsuit about whether it violated the Telephone Consumer Protection Act (TCPA) by making prerecorded calls to consumers without their consent and calls to consumers without a proper "Do Not Call" policy in effect.

SCI Direct denies any wrongdoing. The Court has not decided which side is right. Instead, the parties agreed to a settlement.

**Who is included?** If you received this notice via email, SCI Direct's records indicate you are likely a Settlement Class Member. More specifically, you are included in the settlement as a Settlement Class Member if you fit one or both of the following descriptions:

- **Prerecord Class:** Since October 16, 2013, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed a telephone call using CallFire, Inc.'s calling platform when that call was dispositioned as "Answering Machine," "Live Answer," or "Do Not Call."

- **DNC Class:** Since May 27, 2012, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed (or had placed on its behalf) two or more telephone calls in a 12-month period.

**What does the settlement provide?** SCI Direct has agreed to create a $15,000,000 Settlement Fund. After deducting Court-approved attorneys' fees and costs, incentive awards for the Class Representatives, and settlement administration expenses, the balance will be distributed to Settlement Class Members who submit valid Claim Forms. Payments will be distributed *pro rata* (proportionately) to all Settlement Class Members who submit valid Claim Forms. SCI Direct also agrees to develop and implement certain internal policies, trainings, and procedures to ensure compliance with the TCPA.

**How do I get a payment?** You must complete and submit a Claim Form by **February 13, 2018**. Claim Forms may be submitted online or printed from the website and submitted to the Settlement Administrator at the address on the form. Claim Forms are also available by calling 1-855-200-6242 or by writing to the Settlement Administrator, *Strache v. SCI Direct, Inc*. Settlement Administrator, P.O. Box 404039, Louisville, KY 40233-4039.

**Your other options.** If you do nothing, your rights will be affected but you will not get a settlement payment. If you do not want to be legally bound by the settlement, you must exclude yourself from it by JANUARY 12, 2018. Unless you exclude yourself, you will not be able to sue or continue to sue SCI Direct and related parties for any legal claim resolved by this settlement and released by the Stipulation of Class Action Settlement. If you exclude yourself, you cannot get a payment from the settlement. If you stay in the settlement (do not exclude yourself), you may object and notify the Court that you or your lawyer intend to appear at the Court's Final Approval Hearing. Objections are due JANUARY 12, 2018. More information, including the Stipulation of Class Action Settlement, is available at www.SCIDirectSettlement.com.

**The Court's hearing**. The Court will hold a hearing in this case (*Strache v. SCI Direct, Inc. d/b/a Neptune Society*, Case No. 17-cv-4692) at 2:00 PM CT. on **March 14, 2018** at the Everett McKinley Dirksen United States Courthouse, Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois 60604. At the hearing, the Court will decide whether to approve the settlement; Class Counsel's request for attorneys' fees and costs of up to $5,000,000 plus expenses, and $10,000 incentive award payments to the Class Representatives. You or your lawyer may appear at the hearing at your own expense.

**Want more information?** Go to www.SCIDirectSettlement.com, call 1-855-200-6242 or, write to *Strache v. SCI Direct, Inc.* Settlement Administrator, P.O. Box 404039, Louisville, KY 40233-4039.

# EXHIBIT C

*Strache v. SCI Direct, Inc.*

**Settlement Administrator**
**P.O. Box 404039**
**Louisville, KY 40233-4039**

## LEGAL NOTICE

**If you received calls from Neptune Society, you could get a payment from a class action settlement.**

*A federal district court authorized this notice. This is not a solicitation from a lawyer.*

## 1-855-200-6242

**www.SCIDirectSettlement.com**


2D

Postal Service: Please Do Not Mark Barcode

SCZ-<<Claim8>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# SCZ

**Strache v. SCI Direct, Inc. d/b/a Neptune Society Settlement Claim Form**
**Your Contact Information.** Provide your name, address, telephone number and email here:

**Change of Address Only.**

Street Address

City                                State          Zip Code

Email:

Area code          Telephone number (home)

**Class Membership (Fill in the circles for all that apply).**

◯ Since October 16, 2013, I received a prerecorded or artificial voice call from SCI Direct, Inc. d/b/a Neptune Society (or from someone acting on its behalf).

◯ Since May 27, 2012, I received two or more telephone calls in a 12-month period that were placed by SCI Direct, Inc. (or placed on its behalf).

**Sign the Claim Form.** I declare under penalty of perjury that I am a Settlement Class Member and the foregoing information is true and correct to the best of my recollection, knowledge, and belief. By submitting this Claim Form, I understand I am releasing the legal claims described in the Stipulation of Class Action Settlement.

_____          _____
Signature                                        Date

Mail your completed and signed Claim Form postmarked by **February 13, 2018**.


<<CLAIMID>>



Claim ID: <<Claim8>>

action lawsuit about whether it violated the Telephone Consumer Protection Act (TCPA) by making prerecorded calls to consumers without their consent and calls to consumers without a "Do Not Call" policy in effect. SCI Direct denies any wrongdoing. The Court has not decided which side is right. Instead, the parties agreed to a settlement.

**Who is included?** If you received this postcard notice, SCI Direct's records indicate you are likely a Settlement Class Member. More specifically, you are included in the settlement as a Settlement Class Member if you fit one or both of the following descriptions: **Prerecord Class:** Since October 16, 2013, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed a telephone call using CallFire, Inc.'s calling platform when that call was dispositioned as "Answering Machine," "Live Answer," or "Do Not Call"; or **Do Not Call "DNC" Class:** Since May 27, 2012, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed (or had placed on its behalf) two or more telephone calls in a 12-month period.

**What does the settlement provide?** SCI Direct has agreed to create a $15,000,000 Settlement Fund. After deducting Court-approved attorneys' fees and costs, incentive awards for the Class Representatives, and settlement administration expenses, the balance will be distributed to Settlement Class Members who submit valid Claim Forms. Payments will be distributed *pro rata* (proportionately) to all Settlement Class Members who submit valid Claim Forms. SCI Direct also agrees to develop and implement certain internal policies, trainings, and procedures to ensure compliance with the TCPA.

**Your options.** To get a payment from this settlement you must complete and submit a Claim Form postmarked by **February 13, 2018**. A pre-paid Claim Form is attached to this postcard. Claim Forms may also be submitted online at www.SCIDirectSettlement.com or printed from the website and mailed to the address on the form. Claim Forms are also available by calling 1-855-200-6242 or by writing to the Settlement Administrator at the return address of this postcard. If you do nothing, your rights will be affected but you will not get a settlement payment. If you do not want to be legally bound by the settlement, you must exclude yourself from it by **January 12, 2018**. Unless you exclude yourself, you will not be able to sue or continue to sue SCI Direct and related parties for any legal claim resolved by this settlement and released by the Stipulation of Class Action Settlement. If you exclude yourself, you cannot get a payment from the settlement. If you stay in the settlement (do not exclude yourself), you may object and notify the Court that you or your lawyer intend to appear at the Court's Final Approval Hearing. Objections are due **January 12, 2018**. More information, including the Stipulation of Class Action Settlement, is available at www.SCIDirectSettlement.com.

**The Court's hearing.** The Court will hold a hearing in this case (*Strache v. SCI Direct, Inc. d/b/a Neptune Society*, Case No. 17-cv-4692) at 2:00 PM CT on March 14, 2018 at the Everett McKinley Dirksen United States Courthouse, Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois 60604. At the hearing, the Court will decide whether to approve the settlement; Class Counsel's request for attorneys' fees and costs of up to $5,000,000 plus expenses, and $10,000 incentive award payments to the Class Representatives. You or your lawyer may appear at the hearing at your own expense.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

<<Claim8>>

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 959    LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

STRACHE V SCI DIRECT, INC.
SETTLEMENT ADMINISTRATOR
PO BOX 404039
LOUISVILLE, KY 40233-9843

**SCZ**



# EXHIBIT D

UNITED STATES DISTRICT COURT–NORTHERN DISTRICT OF ILLINOIS

# If you received calls from Neptune Society, you could get a payment from a class action settlement.

*A federal court authorized this Notice. It is <u>not</u> a solicitation from a lawyer.*

- A settlement has been reached with SCI Direct, Inc. doing business as Neptune Society ("SCI Direct" or "Defendant") in a class action lawsuit about whether it violated the Telephone Consumer Protection Act (TCPA) by making prerecorded calls to consumers without their consent and calls to consumers without a proper "Do Not Call" policy in effect.

- You *may* be included in the settlement and eligible for a payment from it if you received prerecorded telephone calls without your prior express written consent or telephone calls made by or on behalf of SCI Direct and promoted its goods and services (including the cremation services offered by Neptune Society).

- Your rights are affected whether you act or don't act. Read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM**<br>**DEADLINE: FEBRUARY 13, 2018** | This is the only way you can receive a payment from this settlement. If you submit a Claim Form, you will give up the right to sue SCI Direct in a separate lawsuit about the legal claims this settlement resolves. |
| **ASK TO BE EXCLUDED**<br>**DEADLINE: JANUARY 12, 2018** | This is the only option that allows you to sue, continue to sue, or be part of another lawsuit against SCI Direct related to the legal claims this settlement resolves. However, you will give up the right to get a payment from this settlement. |
| **OBJECT TO THE SETTLEMENT**<br>**DEADLINE: JANUARY 12, 2018** | If you do not exclude yourself from the settlement, you may object to it by writing to the Court about why you don't like the settlement. If you object, you may also file a claim for a cash payment. |
| **GO TO A HEARING**<br>**ON MARCH 14, 2018** | You may object to the settlement and ask the Court for permission to speak at the Final Approval Hearing about your objection. |
| **DO NOTHING** | You will not get a payment from this settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against SCI Direct about the legal claims resolved by this settlement. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the settlement.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ................................................................................................................ PAGE 2
    1.  Why was this Notice issued?
    2.  What is this lawsuit about?
    3.  What is a class action?
    4.  Why is there a settlement?

**WHO IS INCLUDED IN THE SETTLEMENT** ............................................................................. PAGE 3
    5.  How do I know whether I am part of the settlement?
    6.  How do I know if I fit either of the class definitions?
    7.  Are there exceptions to being included?
    8.  What if I am still not sure whether I am part of the settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY** ...................................... PAGE 3
    9.  What does the settlement provide?
    10.  How much will my payment be?

**HOW TO GET A SETTLEMENT PAYMENT—SUBMITTING A CLAIM FORM** .......................... PAGE 4
    11.  How do I get a payment from the settlement?
    12.  When would I get my settlement payment?
    13.  What rights am I giving up to get a payment and stay in the Settlement Class?
    14.  What are the Released Claims?

**THE LAWYERS REPRESENTING YOU** ...................................................................................... PAGE 4
    15.  Do I have a lawyer in this case?
    16.  How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ................................................................. PAGE 5
    17.  How do I get out of the settlement?
    18.  If I exclude myself, can I still get a payment from this settlement?
    19.  If I do not exclude myself, can I sue SCI Direct or the Released Parties for the same legal claims later?

**OBJECTING TO THE SETTLEMENT** .......................................................................................... PAGE 5
    20.  How do I tell the Court that I do not like the settlement?
    21.  May I come to court to speak about my objection?
    22.  What is the difference between objecting to the settlement and asking to be excluded from it?

**THE COURT'S FINAL APPROVAL HEARING** ........................................................................... PAGE 6
    23.  When and where will the Court decide whether to approve the settlement?
    24.  Do I have to come to the hearing?
    25.  May I speak at the hearing?

**IF YOU DO NOTHING** ............................................................................................................... PAGE 6
    26.  What happens if I do nothing at all?

**GETTING MORE INFORMATION** ............................................................................................... PAGE 6
    27.  How do I get more information?

## BASIC INFORMATION

| 1.  Why was this Notice issued? |
|---|

A court authorized this Notice because you have a right to know about the proposed settlement of this class action lawsuit and about all of your options before the Court decides whether to grant final approval to the settlement. This Notice explains the lawsuit, the settlement, your legal rights, what benefits are available, and who can get them.

Judge John Z. Lee of the United States District Court for the Northern District of Illinois is overseeing this class action. The case is known as *Strache v. SCI Direct, Inc. d/b/a Neptune Society*, Case No. 17-cv-4692. The proposed settlement resolves the legal claims in this lawsuit as well as *Allard v. SCI Direct, Inc. d/b/a Neptune Society,* Case No. 16-cv-1033 (M.D. Tenn.) (together the "Actions"). The people that filed this lawsuit are called the "Plaintiffs" and the company they sued, SCI Direct, Inc., is called the "Defendant."

**2. What is this lawsuit about?**

This lawsuit is about whether SCI Direct violated the Telephone Consumer Protection Act when SCI or companies working on its behalf made calls through the use of an artificial or prerecorded voice and did not have the recipients' permission to make these calls, and made calls to consumers without a proper "Do Not Call" policy in effect.

**3. What is a class action?**

In a class action, one or more people called Class Representatives (in this case, Linda Allard and Kelly Strache) sue on behalf of other people with similar claims. Together, the people included in the class action are called a Class or Class Members. One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

**4. Why is there a settlement?**

The Court did not decide in favor of the Class Representatives or Defendant. Instead, both parties agreed to a settlement. This way, they avoid the cost and burden of a trial and the people affected can get benefits. The Class Representatives and their attorneys think the settlement is best for all Class Members.

### WHO IS INCLUDED IN THE SETTLEMENT

**5. How do I know whether I am part of the settlement?**

You are included in the settlement as a Settlement Class Member if you fit one or both of the following descriptions:

- **Prerecord Class:** Since October 16, 2013, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed a telephone call using CallFire, Inc.'s calling platform when that call was dispositioned as "Answering Machine," "Live Answer," or "Do Not Call."

- **DNC Class:** Since May 27, 2012, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed (or had placed on its behalf) two or more telephone calls in a 12-month period.

**6. How do I know if I fit either of the class definitions?**

In general, if you received *either* a prerecorded call or call using an "artificial" voice from SCI Direct (also known as the Neptune Society) at any time since October 16, 2013, *or* you received two or more calls within a 12-month period from SCI Direct (after May 27, 2012), you are likely included.

**7. Are there exceptions to being included?**

Yes. The settlement does not include: (1) the Judges presiding over the Actions and members of their families; (2) the Defendant, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, and employees; (3) Settlement Class Members who properly request exclusion from the Settlement Class; (4) Persons whose claims against the Defendant have been fully and finally adjudicated or released; and (5) the legal representatives, successors or assigns of any excluded Persons.

**8. What if I am still not sure whether I am part of the settlement?**

If you are not sure whether you are included, call 1-855-200-6242, go to www.SCIDirectSettlement.com or write to the lawyer listed in Question _ below.

### THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

**9. What does the settlement provide?**

SCI Direct has agreed to create a $15,000,000 Settlement Fund. After deducting Court-approved attorneys' fees and costs, incentive awards for the Class Representatives, and settlement administration expenses, the balance will be distributed to Settlement Class Members who submit valid Claim Forms. Under the settlement, SCI also agrees to develop and implement certain internal policies, trainings, and procedures to ensure compliance with the TCPA.

**10. How much will my payment be?**

Payments will be distributed *pro rata* (proportionately) to all Settlement Class Members who submit valid Claim Forms.

**HOW TO GET A SETTLEMENT PAYMENT—SUBMITTING A CLAIM FORM**

### 11. How do I get a payment from the settlement?

You must complete and submit a Claim Form by **February 13, 2018**. Claim Forms may be submitted online at www.SCIDirectSettlement.com or printed from the website and submitted to the Settlement Administrator at the address on the form. Claim Forms are also available by calling 1-855-200-6242 or by writing to the Settlement Administrator, *Strache v. SCI Direct, Inc.* Settlement Administrator, P.O. Box 404039, Louisville, KY 40233-4039.

### 12. When would I get my settlement payment?

The Court will hold a hearing on March 14, 2018 to decide whether to grant final approval to the settlement. If the Court approves the settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them. Settlement payments will be distributed as soon as possible, only if and when the Court grants final approval to the settlement and after any appeals are resolved.

### 13. What rights am I giving up to get a payment and stay in the Settlement Class?

Unless you exclude yourself, you are staying in the Settlement Class. If the settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. You won't be able to sue, continue to sue, or be part of any other lawsuit against SCI and the Released Parties (*see* next question) about the legal issues resolved by this settlement. The rights you are giving up are called Released Claims.

### 14. What are the Released Claims?

If and when the settlement becomes final, Settlement Class Members will permanently release SCI and any and all of its present or former heirs, executors, estates, administrators, predecessors, successors, assigns, parents, subsidiaries, associates, affiliated and related entities, employers, employees, agents, representatives, consultants, independent contractors, directors, managing directors, officers, partners, principals, members, attorneys, accountants, financial and other advisors, investment bankers, insurers, underwriters, shareholders, lenders, auditors, investment advisors, and any and all present and former companies, firms, trusts, corporations, officers, directors, other individuals or entities in which SCI has a controlling interest or which is affiliated with any of them, or any other representatives of any of these Persons and entities (the "Released Parties") from any and all claims or causes of action of every kind and description (including any causes of action in law, claims in equity, complaints, suits or petitions) and any allegations of wrongdoing (including any assertions of liability, debts, legal duties, torts, unfair or deceptive practices, statutory violations, contracts, agreements, obligations, promises, promissory estoppel, detrimental reliance, or unjust enrichment) and any demands for legal, equitable or administrative relief (including any claims for injunction, rescission, reformation, restitution, disgorgement, constructive trust, compensatory damages, consequential damages, penalties, exemplary damages, punitive damages, attorneys' fees, costs, interest, or expenses) that you have had or have (including assigned claims and unknown claims) that have been or could have been asserted in the Actions or in any other action or proceeding before any court, arbitrator(s), tribunal or administrative body (including any state, local or federal regulatory body), regardless of whether the claims or causes of action are based on federal, state, or local law, statute, ordinance, regulation, contract, common law, or any other source, and regardless of whether they are known or unknown, foreseen or unforeseen, suspected or unsuspected, or fixed or contingent, arising out of, or related or connected in any way with any and all telephone calls made by or on behalf of SCI Direct to consumers and all claims or causes of action of every kind and description that were brought, alleged, argued, raised, or asserted in any pleading or court filing in the Actions related to the telephone calls.

More detail about the claims you will be releasing are described in Sections 1.25, 3.1, and 3.2 of the Stipulation of Class Action Settlement, available at www.SCIDirectSettlement.com.

**THE LAWYERS REPRESENTING YOU**

### 15. Do I have a lawyer in this case?

Yes. Judge Lee appointed Jeremy Glapion of Glapion Law Firm, LLC to represent you and other Settlement Class Members as "Class Counsel." You will not be charged for this lawyer. If you want to be represented by your own lawyer, you may hire one at your own expense.

**16. How will the lawyers be paid?**

Class Counsel will ask the Court for an award of attorneys' fees and costs of up to $5,000,000 plus expenses. He will also ask the Court to approve $10,000 service awards to each of the Class Representatives. The Court may award less than these amounts. Any amounts awarded by the Court will be paid from the Settlement Fund before making payments to Settlement Class Members.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue or continue to sue SCI Direct or the Released Parties about the legal claims in this case, and you do not want to receive a payment from this settlement, you must take steps to get out of the Settlement Class. This is called excluding yourself from or opting out of the settlement.

**17. How do I get out of the settlement?**

To exclude yourself from the Settlement Class, you must submit a written request for exclusion. Your request for exclusion must include: (1) your name, address and telephone number; (2) a statement that you are a Settlement Class Member and wish to be excluded from *Kelly Strache v. SCI Direct, Inc. d/b/a Neptune Society*, Case No.17-cv-4692; and (4) your personal signature. Your request for exclusion must be mailed to the Settlement Administrator at the address below so it is postmarked no later than **January 12, 2018**:

*Strache v. SCI Direct, Inc.*
Settlement Administrator
P.O. Box 404039
Louisville, KY 40233-4039

**18. If I exclude myself, can I still get a payment from this settlement?**

No. If you exclude yourself, you are telling the Court that you don't want to be part of the settlement. You can only get a payment if you stay in the settlement and submit a valid Claim Form.

**19. If I do not exclude myself, can I sue SCI Direct or the Released Parties for the same legal claims later?**

No. Unless you exclude yourself, you are giving up the right to sue SCI Direct and the Released Parties for the claims that this settlement resolves. You must exclude yourself from *this* lawsuit to start or continue with your own lawsuit or be part of any other lawsuit against SCI Direct or any of the Released Parties.

### OBJECTING TO THE SETTLEMENT

You can tell the Court if you don't agree with the settlement or any part of it.

**20. How do I tell the Court that I do not like the settlement?**

If you are a Settlement Class Member, you can object to the settlement if you do not like it or a portion of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. Your objection must be in writing and include: (1) your name and address; (2) the telephone number you believe received the telemarketing calls at issue in this settlement; (3) a statement indicating that you believe you are included in the Prerecorded Class, DNC Class or both Classes; (4) the reasons why you object to the settlement, including any supporting documents; (5) the name and contact information of your attorney, if you have hired one to represent you in this case; (6) a statement indicating whether you or your attorney intend to appear at the Court's Final Approval Hearing; and (7) your signature. Mail your objection to all three addresses below so it is filed by the Court and postmarked to Class Counsel and Defense Counsel on or before **January 12, 2018**.

| The Court | Class Counsel | Defense Counsel |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 | Jeremy Glapion Glapion Law Firm, LLC 1704 Maxwell Drive Wall, NJ 07719 | Joseph Wylie K&L Gates 70 West Madison Street Suite 3100 Chicago, IL 60602-4207 |

### 21. May I come to court to speak about my objection?

Yes. You or your attorney may speak at the Final Approval Hearing about your objection. To do so, you must include a statement in your objection indicating that you or your attorney intends to appear at the Final Approval Hearing. Remember, your objection must be <u>filed</u> and <u>postmarked</u> by **January 12, 2018** and sent to all three addresses in Question 20.

### 22. What is the difference between objecting to the settlement and asking to be excluded from it?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you remain a Settlement Class Member (that is, do not exclude yourself). Excluding yourself is telling the Court that you don't want to be part of the settlement. If you exclude yourself, you cannot object because the settlement no longer affects you.

### THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

### 23. When and where will the Court decide whether to approve the settlement?

The Court will hold a Final Approval Hearing at 2:00 PM CT on March 14, 2018 at the Everett McKinley Dirksen United States Courthouse, Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois 60604. At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate. It will also consider whether to approve Class Counsel's request for an award of attorneys' fees and costs, as well as the Class Representative's incentive awards. If there are objections, the Court will consider them. Judge Lee will listen to people who have asked to speak at the hearing (*see* Question 20 above). After the hearing, the Court will decide whether to approve the settlement.

### 24. Do I have to come to the hearing?

No. Class Counsel will answer any questions Judge Lee may have. However, you are welcome to come to the hearing at your own expense. If you send an objection, you do not have to come to court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 25. May I speak at the hearing?

Yes. You may ask the Court for permission to speak at the Final Approval Hearing by including a statement in your objection indicating that you intend to appear at the Final Approval Hearing (*see* Question 21). You cannot speak at the hearing if you exclude yourself from the Settlement Class.

### IF YOU DO NOTHING

### 26. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will give up the rights explained in Question 13, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against SCI Direct and the Released Parties about the legal issues resolved by this settlement. In addition, you will not receive a settlement payment.

### GETTING MORE INFORMATION

### 27. How do I get more information?

This Notice summarizes the proposed settlement. Complete details are provided in the Stipulation of Class Action Settlement. The Stipulation of Class Action Settlement, Claim Form and other related documents are available at www.SCIDirectSettlement.com . Additional information is also available by calling 1-855-200-6242 or by writing to *Strache v. SCI Direct, Inc.* Settlement Administrator, P.O. Box 404039, Louisville, KY 40233-4039. Publicly-filed documents can also be obtained by visiting the Everett McKinley Dirksen U.S. Courthouse during business hours or accessing the Court's online docket via PACER.

# EXHIBIT E

*Strache v. SCI Direct, Inc.*
Settlement Administrator
PO Box 404039
Louisville, KY 40233-4039

**SCZ**

*Strache v. SCI Direct, Inc.*
*d/b/a Neptune Society*

«Barcode»

Postal Service: Please do not mark barcode

Claim#: SCZ-«Claim8»-«CkDig»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

**Must Be Postmarked**
**No Later Than**
**February 13, 2018**

# Settlement Claim Form

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address

Primary Address Continued

City                                                                State      Zip Code

Foreign Province                        Foreign Postal Code               Foreign Country Name/Abbreviation

**Class Membership (Check all that apply).**

○ Since October 16, 2013, I received a prerecorded or artificial voice call from SCI Direct, Inc. d/b/a Neptune Society (or from someone acting on its behalf).

○ Since May 27, 2012, I received two or more telephone calls for purposes in a 12-month period that were placed by SCI Direct, Inc. (or placed on its behalf).

Telephone Number (where you received calls)

[    ][    ][    ] — [    ][    ][    ] — [    ][    ][    ][    ]

**Sign the Claim Form.** I declare under penalty of perjury that I am a Settlement Class Member and the foregoing information is true and correct to the best of my recollection, knowledge, and belief. By submitting this Claim Form, I understand I am releasing the legal claims described in the Stipulation of Class Action Settlement.

Signature: _____          Dated: _____

Email Address

Mail your completed Claim Form to:

*Strache v. SCI Direct, Inc.* Settlement Administrator, PO Box 404039, Louisville, KY 40233-4039. You may also submit your Claim Form online at www.SCIDirectSettlement.com.

| FOR CLAIMS PROCESSING ONLY | OB [  ][  ] | CB [  ][  ] | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |

1

# EXHIBIT F

**Settlement Administrator**
**P.O. Box 404039**
**Louisville, KY 40233-4039**

2D

# LEGAL NOTICE



Postal Service: Please Do Not Mark Barcode

SCZ-<<Claim8>>-<<CkDig>>

See other side for details

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# SCZ

Recently, you were sent notice via post-card of a settlement in a class action lawsuit against SCI Direct, Inc; doing business as Neptune Society ("SCI Direct.").

The post-card notice contained a detachable, postage-paid, pre-addressed claim form. To file a claim using this post-card, all you must do is select one or both circles under "Class Membership", depending on which describes your situation, sign and date the post-card, and return it via mail.

Though the post-card invites you to "provide your name, address, telephone number, and email", you do not need to provide this information, unless your address, email address, and/or telephone number has changed or will be changing by **February 13, 2018**. In such a circumstance, you may fill out your updated information in the provided fields.

If you have already filed a claim using the detachable claim form, you may disregard this notice.

If you have not yet filed a claim, and do not want to file a claim using the detachable claim form, or you have misplaced this claim form, you may also file a claim using any of the following methods:

1. Electronically, by visiting the settlement website at www.scidirectsettlement.com; or

2. By calling 1-855-200-6242; or

3. By a claim form which may be downloaded from the website, requested via telephone, or requested from the Settlement Administrator by writing to Strache v. SCI Direct, Inc., Settlement Administrator, P.O. Box 404039, Louisville, Kentucky, 40233-4039. The completed claim form should be mailed to this same address.

If you have not yet filed a claim, please be aware that the claims deadline is **February 13, 2018**, and all claims must be submitted by that date. The deadline to object to the settlement or request exclusion is **January 12, 2018**.

For more information, please visit www.scidirectsettlement.com, call 1-855-200-6242, or write to Strache v. SCI Direct, Inc., Settlement Administrator, P.O. Box 404039, Louisville, Kentucky, 40233-4039.

# EXHIBIT G

Ryanne Cozzi
Claim Number: KCC00001

Recently, you were sent notice via email and post-card of a settlement in a class action lawsuit against SCI Direct, Inc, doing business as Neptune Society ("SCI Direct.").

The post-card notice contained a detachable, postage-paid, pre-addressed claim form. To file a claim using this post-card, all you must do is select one or both circles under "Class Membership", depending on which describes your situation, sign and date the post-card, and return it via mail.

Though the post-card invites you to "provide your name, address, telephone number, and email", you do not need to provide this information, unless your address, email address, and/or telephone number has changed or will be changing by **February 13, 2018**. In such a circumstance, you may fill out your updated information in the provided fields.

If you have already filed a claim using the detachable claim form, you may disregard this email.

If you have not yet filed a claim, and do not want to file a claim using the detachable claim form, or you have misplaced this claim form, you may also file a claim using any of the following methods:

1. Electronically, by visiting the settlement website at www.scidirectsettlement.com; or
2. By calling 1-855-200-6242; or
3. By a claim form which may be downloaded from the website, requested via telephone, or requested from the Settlement Administrator by writing to Strache v. SCI Direct, Inc., Settlement Administrator, P.O. Box 404039, Louisville, Kentucky, 40233-4039. The completed claim form should be mailed to this same address.

If you have not yet filed a claim, please be aware that the claims deadline is **February 13, 2018**, and all claims must be submitted by that date. The deadline to object to the settlement or request exclusion is **January 12, 2018**.

For more information, please visit www.scidirectsettlement.com, call 1-855-200-6242, or write to Strache v. SCI Direct, Inc., Settlement Administrator, P.O. Box 404039, Louisville, Kentucky, 40233-4039.

This message was intended for: ryanne.cozzi@kccllc.com
You were added to the system November 15, 2017.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email

.

GZJ KDKV'J ''

*Strache v. SCI Direct, Inc.*

**Settlement Administrator**
**P.O. Box 404039**
**Louisville, KY 40233-4039**

## LEGAL NOTICE

### If you received calls from Neptune Society, you could get a payment from a class action settlement.

*A federal district court authorized this notice. This is <u>not</u> a solicitation from a lawyer.*

### 1-855-200-6242

**www.SCIDirectSettlement.com**

2D

Postal Service: Please Do Not Mark Barcode

SCZ-<<Claim8>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# SCZ

**Strache v. SCI Direct, Inc. d/b/a Neptune Society Settlement Claim Form**
**If you need to update your contact information, please do so under "Change of Address."**
Otherwise, you only need to fill out the "Class Membership" section, and sign, date, and return this form.

**Change of Address Only.**

Street Address

City        State        Zip Code

Email:

Area code        Telephone number (home)

**Class Membership (Fill in the circles for all that apply).**

◯ Since October 16, 2013, I received a prerecorded or artificial voice call from SCI Direct, Inc. d/b/a Neptune Society (or from someone acting on its behalf).

◯ Since May 27, 2012, I received two or more telephone calls in a 12-month period that were placed by SCI Direct, Inc. (or placed on its behalf).

**Sign the Claim Form.** I declare under penalty of perjury that I am a Settlement Class Member and the foregoing information is true and correct to the best of my recollection, knowledge, and belief. By submitting this Claim Form, I understand I am releasing the legal claims described in the Stipulation of Class Action Settlement.

_____        _____
Signature                                         Date

Mail your completed and signed Claim Form postmarked by **February 13, 2018**.

 <<CLAIMID>>

 Claim ID: <<Claim8>>

action lawsuit about whether it violated the Telephone Consumer Protection Act (TCPA) by making prerecorded calls to consumers without their consent and calls to consumers without a "Do Not Call" policy in effect. SCI Direct denies any wrongdoing. The Court has not decided which side is right. Instead, the parties agreed to a settlement.

**Who is included?** If you received this postcard notice, SCI Direct's records indicate you are likely a Settlement Class Member. More specifically, you are included in the settlement as a Settlement Class Member if you fit one or both of the following descriptions: **Prerecord Class:** Since October 16, 2013, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed a telephone call using CallFire, Inc.'s calling platform when that call was dispositioned as "Answering Machine," "Live Answer," or "Do Not Call"; or **Do Not Call "DNC" Class:** Since May 27, 2012, all persons within the United States to whose telephone number Defendant SCI Direct, Inc. placed (or had placed on its behalf) two or more telephone calls in a 12-month period.

**What does the settlement provide?** SCI Direct has agreed to create a $15,000,000 Settlement Fund. After deducting Court-approved attorneys' fees and costs, incentive awards for the Class Representatives, and settlement administration expenses, the balance will be distributed to Settlement Class Members who submit valid Claim Forms. Payments will be distributed *pro rata* (proportionately) to all Settlement Class Members who submit valid Claim Forms. SCI Direct also agrees to develop and implement certain internal policies, trainings, and procedures to ensure compliance with the TCPA.

**Your options.** To get a payment from this settlement you must complete and submit a Claim Form postmarked by **February 13, 2018**. A pre-paid Claim Form is attached to this postcard. Claim Forms may also be submitted online at www.SCIDirectSettlement.com or printed from the website and mailed to the address on the form. Claim Forms are also available by calling 1-855-200-6242 or by writing to the Settlement Administrator at the return address of this postcard. If you do nothing, your rights will be affected but you will not get a settlement payment. If you do not want to be legally bound by the settlement, you must exclude yourself from it by **January 12, 2018**. Unless you exclude yourself, you will not be able to sue or continue to sue SCI Direct and related parties for any legal claim resolved by this settlement and released by the Stipulation of Class Action Settlement. If you exclude yourself, you cannot get a payment from the settlement. If you stay in the settlement (do not exclude yourself), you may object and notify the Court that you or your lawyer intend to appear at the Court's Final Approval Hearing. Objections are due **January 12, 2018**. More information, including the Stipulation of Class Action Settlement, is available at www.SCIDirectSettlement.com.

**The Court's hearing.** The Court will hold a hearing in this case (*Strache v. SCI Direct, Inc. d/b/a Neptune Society*, Case No. 17-cv-4692) at 2:00 PM CT on March 14, 2018 at the Everett McKinley Dirksen United States Courthouse, Courtroom 1225, 219 South Dearborn Street, Chicago, Illinois 60604. At the hearing, the Court will decide whether to approve the settlement; Class Counsel's request for attorneys' fees and costs of up to $5,000,000 plus expenses, and $10,000 incentive award payments to the Class Representatives. You or your lawyer may appear at the hearing at your own expense.

<<Claim8>>

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



POSTAGE WILL BE PAID BY ADDRESSEE

STRACHE V SCI DIRECT, INC.
SETTLEMENT ADMINISTRATOR
PO BOX 404039
LOUISVILLE, KY 40233-9843

**SCZ**



# EXHIBIT I

| ClaimID | FirstName | LastName | OptOut |
|---------|-----------|----------|--------|
| ███████ | ████ | ██████ | █████ |
| ███████ | █████ | ██████ | █████ |
| ███████ | ████████ | ██████ | █████ |
| ███████ | ███ | ██████ | █████ |
| ███████ | ██ | ████ | █████ |
| ███████ | ██████ | ██████ | █████ |
| ███████ | ████ | ██████ | █████ |
| ███████ | ███████ | ████ | █████ |
| ███████ | █████ | ██████ | █████ |
| ███████ | ███████ | ███████ | █████ |
| ███████ | █████ | ████ | █████ |
| ███████ | ████ | █████ | █████ |
| ███████ | ████ | ████ | █████ |
| ███████ | █████ | ████ | █████ |
| ███████ | █████ | ████ | █████ |
| ███████ | ██████ | █████ | █████ |
| ███████ | ████ | █████ | █████ |
| ███████ | █████ | █████ | █████ |
| ███████ | ██ | ██████ | █████ |
| ███████ | ██████ | ████ | █████ |
| ███████ | ██ | ████ | █████ |
| ███████ | ████ | █████ | █████ |
| ███████ | ██████ | █████ | █████ |
| ███████ | ████ | ██████ | █████ |
| ███████ | █████ | ██████ | ██████ |
| ███████ | █████ | █████ | ██████ |
| ███████ | ████ | ██ | ██████ |
| ███████ | █████ | █████ | █████ |
| ███████ | █████ | █████ | █████ |
| ███████ | █████ | ████ | █████ |
| ███████ | █████ | █████ | ██████ |
| ███████ | ██████ | ██████ | █████ |
| ███████ | ████ | ██████ | ██████ |
| ███████ | █████ | ████ | ██████ |
| ███████ | ████ | ██████ | █████ |
| ███████ | █████ | ██████ | █████ |
| ███████ | ██████ | █████ | █████ |