# EXHIBIT C



Jeremy Glapion <jmg@glapionlaw.com>

## Neptune Society Settlement
2 messages

---

**Jeremy Glapion** <jmg@glapionlaw.com>                       Fri, Jan 26, 2018 at 4:11 PM
To: hoke ███████████████████

Hi Mr. Hoke --

I hope you've been well. Given our past discussions, it seems the concerns you listed in your letter have been addressed. I just wanted to confirm that, and I wanted to confirm that you do not intend your letter to serve as an on-going objection to this Settlement.

Is that accurate? Please let me know.

Best,
Jeremy
--



**Jeremy M. Glapion**
Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com
1704 Maxwell Drive
Wall, NJ 07719

---

**Hoke** ███████████████████                                   Fri, Jan 26, 2018 at 5:59 PM
To: Jeremy Glapion <jmg@glapionlaw.com>

Yes, thank you. My initial inquiry has been satisfactorily addressed and the remedies are fine.

It's all good with me and I hope you prevail in court.

W.E. Hoke