UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA ALLARD and KELLY STRACHE**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SCI Direct, Inc. d/b/a Neptune Society**<br><br>Defendant. | Civil Case No.: 17-cv-4692 |

## PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL ADMINSTRATIVE COST ALLOWANCE, AND MEMORANDUM IN SUPPORT.

Plaintiffs Linda Allard and Kelly Strache respectfully move the Court for to allow for additional administrative costs in administering the Settlement. In Paragraph 25 of the Court's order granting preliminary approval, docket entry 25, the Court approved administrative costs associated with the effectuation of the Settlement of $728,225, with a built-in cost-overrun allowance of ten percent (for a total allowance of $801,047.50). If the costs were going to exceed this allowance, the Court required Class Counsel to submit a Motion as soon as possible detailing the reasons for this overrun and providing a new estimate.

On February 19, 2018, the Settlement Administrator, KCC, submitted an invoice to Class Counsel in the amount of $661,638.49. Class Counsel promptly requested that KCC provide an estimated "cost-to-complete" so Class Counsel could best understand where actual costs stood relative to the estimate. On February 28, 2018, KCC provided an estimated cost to complete of $309,652.32 to $356,252.32.[1] After further discussion, on March 7, 2018, KCC revised its

---

[1] This excludes the $97,560.29 in costs for the supplemental mailing, which Class Counsel deducted from his fee request.

estimated cost to complete to $187,752 to $234,352. Supplemental Declaration of H. Jacob Hack, ¶ 2. This amounts to potential totals of $849,390.49 (16.6% overrun) to $895,990.49 (23% overrun).

The overrun is for good reason here: the claims rate is *significantly* higher than the claims rate assumed in the original estimate. The original estimate assumed a claims rate of approximately seven percent, or 56,239 claims. Instead, the actual claims rate was 11.46%, or 91,763 claims. This 63.2% increase in the claims rate relative to the estimate is the primary driver of the increased costs. Specifically, this higher-than-anticipated claims rate has led to significant increases in postage (both BRM postage from the returned claimed forms and from mailing checks), increased processing and verification time, and increased time hours collaborating, collecting information, and managing the project. For example, the following chart shows just some of the easily quantifiable estimated cost increases due to the increased claims rate alone:

|  | Original Estimate (October 2017) | New Estimate | Net Increase |
|---|---|---|---|
| Postage | $45,102.71 | $71,853.73 | $26,751.02 |
| Processing Online Claims | $10,562.00 | $20,006.25 | $9,444.25 |
| Processing Phone Claims | $2,112.00 | $3,129.00 | $1,017.00 |
| Processing Mail Claims | $125,145.00 | $193,374.00 | $68,229.00 |
| Deficient Claims Processing | $12,423.00 | $28,917.00 | $16,494.00 |
|  |  |  | $121,935.27 |

Fortunately, the increased costs will have minimal effect on the recovery for eligible claimants. Had there been no overrun beyond the 10% allowance, claiming class members would

1

receive[2] approximately $99.89. On final costs of $849,390.49, claiming class members will receive approximately $99.37. On final costs of $895,990.49, claiming class members will receive approximately $98.86.[3]

Accordingly, because there are good and valid reasons for the increased cost estimate, Plaintiffs respectfully ask the Court to approve the revised cost estimate of $895,990.49 to complete the settlement administration process.

Date: March 8, 2018                    /s/ Jeremy M. Glapion_____
                                       Jeremy M. Glapion
                                       **THE GLAPION LAW FIRM, LLC**
                                       1704 Maxwell Drive
                                       Wall, New Jersey 07719
                                       Tel: 732.455.9737
                                       Fax: 732.709.5150
                                       jmg@glapionlaw.com

---

[2] The following amounts may potentially increase, as claims are still being processed, which may lead to disallowed or ineligible claims.
[3] The $97.53 amount assumed in the Motion for Final Approval was based on the highest estimate of KCC's February 28 estimated cost-to-complete.

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2018 I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

Date: March 8, 2018                                */s/ Jeremy M. Glapion*_____
                                                                 Jeremy M. Glapion
                                                                 **THE GLAPION LAW FIRM, LLC**
                                                                 1704 Maxwell Drive
                                                                 Wall, New Jersey 07719
                                                                 Tel: 732.455.9737
                                                                 Fax: 732.709.5150
                                                                 jmg@glapionlaw.com